**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6202**

BOBBY HAZEL,

                    Plaintiff - Appellant,

        v.

HARLEY G. LAPPIN, Director, United States Bureau of Prisons;
JOE DRIVER; CAPTAIN BOYLES, Administrator; JORGES VAZQUEZ,
Doctor,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:09-cv-00070-REM)

Submitted:  May 20, 2010          Decided:  May 28, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Hazel, Appellant Pro Se.  Rita R. Valdrini, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Hazel appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hazel v. Lappin, No. 2:09-cv-00070-REM (N.D.W. Va. Jan. 6, 2010). We deny Hazel's motion for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED